US District Court District of Columbia
Case No_____

To be assigned

## COMPLAINT AND DEMAND FOR JURY TRIAL

Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Plaintiff

Case: 1:26–cv–00319
Assigned To : Unassigned
Assign. Date : 1/31/2026
Description: Pro Se Gen. Civ. (F–DECK)

V.

Google LLC.
1600 Amphitheatre Parkway
Mountain View, California 94043
United States of America
Defendant #1

&

Google Ireland Limited
Gordon House
Barrow Street
Dublin 4 (Ireland)
Defendant #2

Subject Matter Jurisdiction
This Court has Subject matter jurisdiction to hear this case The Alien Tort Statute (ATS) 28 U.S.C. § 1350 Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.
"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given."
Article 14
1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation."
-Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.



RECEIVED

JAN 31 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

WHEREFORE, Plaintiff, BOREALIS  S HEDLING demands judgment against Defendants, GOOGLE LLC & GOOGLE IRELAND LIMITED meet the terms in the Plaintiff's Demand Letter, as well as interest, costs, punitive damages, attorney's fees,  and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

1. The Plaintiff per the below has been subjected to a brutal campaign of suppression of free speech by the Defendants since December 5, 2024 including potential spoilation of evidence. As a non-state actor engaged in acts of torture by proxy (Transnational Repression). They are liable for their actions in refusing to establish internal policies to help human rights defenders or protect Trans and Non-binary individuals. If they can donate money to renovate the White House ballroom they can certainly under Article 14 of the UN Convention against Torture donate money to ST Judes Children's Research Hospital. Per EX 1-3 a blocked January 19, 2026 Emergency Motion for a EX Parte TRO to the US District Court District of Northern California neither the District Court or 9th Circuit will allow access to that venue. In the interest of judicial economy given the accompanying Emergency Motion to Appoint Counsel, Consolidate,  for 30(b)(6) Depositions before service in the interest of judicial economy this is the appropriate venue. The Plaintiff for clarity is seeking to Consolidate this new filing with US District Court District of Columbia Case No 1:26-cv-0098-UNA

Hedling

V.

The BBC





3:42  Sat, Jan 31  🖼️ 🔺 ❗ •                                    ⊶ 🔇 🛜 30%🔋

drew.c.ensign@usdoj.gov
CT_Pleadings@brockandscott.com
Loss Mitigation · LossMit@primeres.com
rarmstrong@primeres.com
boardofdirectors@freddiemac.com
consumerprotection@utah.gov
whistleblower@cfpb.gov
democracy@coe.int
echrpress@echr.coe.int
Simon.harris@oireachtas.ie
newsdesk@fcdo.gov.uk
accessofficer@justice.ie
hrc-sr-torture@un.org
judicialofficeforscotland@scotcourts.gov.uk
keir.starmer.mp@parliament.uk
registry@supremecourt.uk
LCJOffice@judiciaryni.uk
jcpp@oireachtas.ie
submitapetition@oireachtas.ie
Joint Committee on Justice Home Affairs and Migration · justice@oireachtas.ie
education@oireachtas.ie
disabilitymatters@oireachtas.ie
hrc-sr-disability@un.org
victims.commissioner@victimscommissioner.org.uk
victims@omct.org
victimsfirst@ombud.gc.ca
proposals@urgentactionfund.org
whistleblower@urgentactionfund.org
accessofficer@dppireland.ie
nzembdublin@gmail.com
nzpmun@gmail.com
mission.nz@bluewin.ch
Crime Victims Helpline · info@crimevictimshelpline.ie
info@ihrec.ie
shape.j10pao@nato.int
shape.band@nato.int
dubamb@um.dk
shape.engagements@shape.nato.int
entraide-civile-internationale@justice.gouv.fr
SIPO Complaints · complaints@sipo.ie
JXMansfield@protectionappeals.ie
info@judicialcouncil.ie
contact@csso.gov.ie
supremecourtapps@courts.ie
hcpresidentsregistrar@courts.ie
supremecourtsubs@courts.ie
supremecourt@courts.ie
HighCourtCentralOffice@courts.ie
OfficeoftheCEO@courts.ie
ogis@nara.gov
FACULTAD DERECHO UNAM · facultad@derecho.unam.mx
SOS@international.gc.ca

↩ Reply                    ↪ Forward              ☺



postmaster@nobelpeaceprize.org
247@mfa.no
press@trumporg.com
post@nobelpeacecenter.org
info.nobelprizemuseum@nobelprize.org
justitieombudsmannen@jo.se
law.postgraduate@tcd.ie
academic.registry@tcd.ie
dataprotection@tcd.ie
apply.scholarsatrisk@nyu.edu
scholarsatrisk@nyu.edu
ryan.howzell@nyu.edu
brennancenter@nyu.edu
nyuad.provost@nyu.edu
newsdesk@irishlegal.com
osd.pa.dutyofficer@mail.mil
AF.JAX.Workflow@us.af.mil
16AF.PA.MediaOps@us.af.mil
OnTheRecord@usmc.mil
PTGN_CHINFONEWSDESK@navy.mil
warcompa@socom.mil
osd.pentagonpressbadges@mail.mil
holysee.oas@diplomat.va
um@um.dk
pressevagten@um.dk
bbb@um.dk
udenrigsministeren@um.dk
GovPublicRecords@la.gov
SSK@ankl.dk
admin@odf.ie
SUPREMECTBRIEFS@usdoj.gov
alicia.dupree@usdoj.gov
johnny.walker@usdoj.gov
tips@nypost.com
tips@latimes.com
tips@slate.com
tips@themarysue.com
tips@newyorker.com
tips@injusticewatch.org
tips2@bloomberg.net
scoop@motherjones.com
newstips@commondreams.org
newsmanager@foxnews.com
news@skynews.com
news@thejournal.ie
news@irishstar.com
news@justsecurity.org
news@ctpublic.org
newsdesk@irishtimes.com
enquiries@ombudsman.org.za
info@medieombudsmannen.se
complaints@mediacouncil.ca



pfu@presse.no
ambassaden.dublin@gov.se
ambassaden.washington@gov.se
dmr@dmr.is
mfa@mfa.is
forseti@forseti.is
dppa-scsb3@un.org
sgcentral@un.org
UNOMS@un.org
Ombudsmediation@fpombudsman.org
lordmayor@dublincity.ie
DESPP.Legal · despp.legal@ct.gov
Attorney.General@ct.gov

Date   Jan 30, 2026, 1:56 a.m.

View security details

You would think Google would have not chosen the Government of the United States for this long over a neurodivergent Human Rights Defender fighting for children with cancer, but we can't have any dissent in this dystopian future. Acts of Transnational Repression by State and Non-state actors are more important than anything no matter the circumstances...

Thank God we have the ACLU to protect free speech 💬...

## Fiosrú

### Complainant's personal details

**First Name:** Borealis

**Middle Name:** Serenity

**Surname:** Hedling

**Address line 1:** Travelodge Plus

**Address line 2:** 44 Townsend ST Rm 120

**Town or City:** Dublin

**County:** Dublin City

**Eircode:** 2

**Country:** Ireland

29/03/1991

↩ Reply     ↪ Forward     ☺



3:42 Sat, Jan 31

# Fiosrú

## Complainant's personal details

**First Name:** Borealis

**Middle Name:** Serenity

**Surname:** Hedling

**Address line 1:** Travelodge Plus

**Address line 2:** 44 Townsend ST Rm 120

**Town or City:** Dublin

**County:** Dublin City

**Eircode:** 2

**Country:** Ireland

29/03/1991

**Mobile phone number:** 19599998957

**E-mail address:** Borealis.appeals@gmail.com

## The complaint

22/01/2026

**Location of incident:** Reported potential refoulment and torture via Garda Press email

**Who do you want to complain about?** The Garda Press Office

**Reason for the delay:** N/A

**Please describe the specific Garda behaviour that you wish to complain about:** On January 22, 2026 via the Garda Media Email as a Human Rights Defender who has been verifiable tortured by the Government of Ireland since 30/7/25 via extreme acts of Transnational Repression including medical deprivation. Provided in good faith an action filed in US District Court District of Columbia against the Director of Public Prosecutions for failing to follow Article 13 and 14 of the UN Convention against Torture. Having had to report Simon Harris to the Swedish Police War Crimes Unit regarding the Government of Ireland subverting my efforts to establish of Universal Jurisdiction or report them leaving me homeless to die 30/7/25. Then blocking access to medical care, education, the courts, complaint mechanisms, and restricting my freedom of movement instead of helping me transit to Geneva to present evidence to relevant UN Subcommittees under Optional Protocols. They used the "asylum applications"as a means of Torture and gaslighting escalating to now directly threatening refoulment via the International Protection Office in retaliation for suing and reporting Torture widely. Now including to an indifferent International Criminal Court. As the Garda won't assure me they will not refoul me. As I seek to use the voluntary returns mechanisms under Article 11 of the UN Convention on the Rights of Persons with Disabilities to seek medical evacuation to New Zealand. Filing in their courts to provide Refugee status against Ireland, US, UK, Canada, and Iceland. This Government can't just Torture me and not provide any reassurance law enforcement won't be used to retraumatize me.

↩ Reply          → Forward



**What do you believe was the reason or motive for this incident?** To shield high level public officials violating international criminal law and not help the victim of their torture against Article 13 and 14 of the UN Convention against Torture.

**Are there any witnesses to the incident?** Yes

**If yes please provide their full names and contact details:** The Crime Victims Helpline has been cced on numerous emails

**Is there any other evidence?** Yes

**If yes, what is the evidence?** January 22, 2026 Court filings to the US District Court District of Columbia in Hedling v The Director of Public Prosecutions, Filings for a Voluntary return application to avoid refoulment, Application for Interlocutory relief to the High Court in Wellington, a Rule 39 Interim measures request, a Report to the Private Secretary at the Council of Europe under the Human Rights Defender Reprisal reporting mechanism, numerous UN Special Procedures reports, a transmission to the International Criminal Court January 28, 2026, and complaint against the Director of Public Prosecutions for failing to prosecute torture to the LSRA

**Did you have any injuries or need medical treatment following the incident?** Yes

**If yes, please describe any injuries and / or medical treatment received after the incident:** I need a stellate ganglion block and ketamine infusion, but literally need to be evacuated from a country who's police refuse to give me the basic dignity to assure me they won't participate in a use against a victim of brutal acts of Government torture here and globally.

## Child protection and welfare obligation of Fiosrú

The welfare of a child is paramount. If the Garda Ombudsman has any concerns regarding the protection or welfare of a child, it has an obligation to share this information with TUSLA, the Child and Family Agency. Insofar as possible, we will discuss this with you first.

## Section 226 Policing, Security and Community Safety Act, 2024

It is a criminal offence to knowingly supply "false or misleading information" to Fiosrú. You may be prosecuted if it appears that you have done this. This could result in a fine and/or a prison sentence.

In summary, the information you give must be truthful and not seek to mislead GSOC in any complaint or investigation.

If you give false or misleading information, you may have to pay a fine of up to €2,500 or be imprisoned for up to 6 months, or both.

## Use of your information

Your information may be disclosed to third parties such as the Garda Síochána to enable us to effectively investigate complaints or where we are legally obliged to do so. This is to ensure an effective investigation of your complaint.

↩ Reply     → Forward



Where it is necessary and proportionate to do so, we may share information with other parties in any related criminal or civil proceedings. In relation to a criminal prosecution, this includes sharing information with the Director of Public Prosecutions who may then share this information with other parties like a witness or others identified in your complaint.

In a related civil proceeding, this includes sharing information with other parties as may be necessitated by law including by a Court of Law.









If you are a group of less than 12 are you comfortable to share the tour with another group/individual? *

◉ Yes

○ No

We want to make this an inclusive, accessible experience for everyone. If you (and/or your proposed group) have any accessibility requirements, please detail here:

(For example: Wheelchair user, Interpreter)

I have severe PTSD and have a valid fear The Irish Government may kidnap me before a tour can be arranged. I want to see what Google presents publicly on how they accommodate individuals with Disabilities as they illegally suppress my human rights defense activities. Allow the US District Court District of Northern California to withhold the following relief since January 20, 2026 and refused to support human rights defenders, ST Judes Childrens Research Hospital, and Trans and Non-binary individuals.

Wherefore the Plaintiff Prays the Court
1. Compel the ECF help desk for the Northern District to accept this filing via email.
2. Compels Google Ireland Limited to physically meet with the Plaintiff to assess the amount of spoilage of Evidence Google LLC has attempted to participate in since December 2024.
3. Compels Google Ireland Limited to restore access to all accounts of the Plaintiff that were not subject to spoilage.
4. Any relief this Court Deems Just and Proper.

If you have an existing relationship with Google, please let us know your point of contact:

The Google Press Team

Back    Submit                    Clear form

Never submit passwords through Google Forms.

This form was created inside of Google.com. Contact form owner Privacy & Terms

Google Forms





US District Court District of Northern California

Case No: _____
To be assigned

Emergency Request for a EX Parte TRO

Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Plaintiff

V.

Google LLC.
1600 Amphitheatre Parkway
Mountain View, California 94043
United States of America
Defendant #1

&

Google Ireland Limited
Gordon House
Barrow Street
Dublin 4 (Ireland)
Defendant #2

Subject Matter Jurisdiction
This Court has Subject matter jurisdiction to hear this case The Alien Tort Statute (ATS) 28 U.S.C. § 1350 Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.
"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given."
Article 14
1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation."
-Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

Wherefore the Plaintiff Prays the Court

1. Compel the ECF help desk for the Northern District to accept this filing via email.

2. Compels Google Ireland Limited to physically meet with the Plaintiff to assess the amount of spoilage of Evidence Google LLC has attempted to participate in since December 2024.

3. Compels Google Ireland Limited to restore access to all accounts of the Plaintiff that were not subject to spoilage.

4. Any relief this Court Deems Just and Proper.



1. Per a January 2, 2026 Email entitled "I would also caution the High Court Central Office a US Court just upheld my Defacto Public Execution via medical deprivation and Transnational Repression". Along with the below embedded January 14, 2026 Emergency Notice on Seeking a Perpetual Injunction against the Central Office of the High Court and Supreme Court of Ireland from US District Court District of Columbia Case No 1:25-cv-04178-UNA Hedling V Trump et al. In addition to a yet to be docketed January 17, 2026 Emergency Motion for a EX Parte TRO in US District Court District of Columbia Case No 1:25-cv-04062-UNA Hedling v Meek et al. The Plaintiff has no meaningful access to the US District Court District of Columbia or any Courts in Ireland.

1:46

Updated Hedling...

2:51 Mon, Jan 19

21-2-25 Google demand letter email.PDF

**Emergency Demand Letter to Chief Legal Officer Kent Walker**

From    Borealis.Hedling <Borealis.Hedling@proton.me>

To      Internationalcivil@google.com

CC      HRC-SR Defenders<hrc-sr-defenders@un.org>, Hrc-ie-solidarity@un.org, Hrc-sr-torture@un.org, Hrc-ie-internationalorder@un.org, Info@frontlinedefenders.org, Info@dignitylgbti.org, Generalcounsel@uconn.edu, Litigation@transequality.org, Jpizer@lambdalegal.org

Date    Friday, February 21st, 2025 at 9:47 PM

Copied from attached
"To Chief Legal Officer Kent Walker at Google Inc,

Since 12/5/24 your corporation has suppressed my free speech rights multiple times by disable access to accounts

silenceisvalidation@gmail.com

Borealis.hedling@gmail.com

Jeremy.lawson1991@gmail.com

Theusisnotsafe@gmail.com

Uslawenforcement@google.com and internationalcivil@google.com were made aware of my human rights defense work prior to 12/5/24 and asked to assist in ensuring there was no destruction of evidence or lapse in my Google One services. Instead having been sent several cease and desists including knowing I had drafted an EX Parte TRO prevent your company's illegal suppression of free speech. In at the time violation of your Company's commitment human rights as it seems per the below you don't actually care if our president is complicit in refoulment torture or

↩ Reply        ↪ Forward



human rights as it seems per the below you don't actually care if our president is complicit in refoulment, torture, or crimes against Humanity as a hold over from the previous administration.

https://www.theguardian.com/us-news/2025/feb/12/google-all-staff-meeting-ai-dei

Google defends scrapping AI pledges and DEI goals in all-staff meeting

Your company has reems of data on it and having filed Appeals of your arbitrary closure of accounts having only wo 1 12/18/24 to restore access to silenceisvalidation@gmail.com. I even filed a FOIA request with the state Department during the 12/5/24-12/18/24 blackout on your company's interference. You have made me have to delete thousands of personal photos I can never recover. In the latest cease and desist which your company responded to by disabling access to theusisnotsafe@gmail.com. Which I was concurrently entering all data into Petition P-163-25 To the Inter-American Commission on Human Rights specifically citing your historical suppression It seems to be spoliation of evidence in addition to continued aiding in crimes against humanity. Effectively curbing my rights under Article 13 and 14 of the UN Convention against Torture.

"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to

torture in any territory under its jurisdiction has the right to complain to, and to have [their] case

Updated Hedling...

torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given.

Article 14



Article 14

1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation."

-Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

While inhibiting my ability to fulfill my obligations or exercise my rights as a Human Rights defender.

"Article 1

Everyone has the right, individually and in association with others, to promote and to strive for the protection and realization of human rights and fundamental freedoms at the national and international levels.

Article 1 Declaration on the Right and Responsibility of Individuals, Groups and Organs of Society to Promote and Protect Universally Recognized Human Rights and Fundamental Freedoms.

Please see the attached information exhibits that have already been entered into evidence for US District Court District of Connecticut Case No 3:25-cv-163-SVN.

Lawson

V.

McFadden et al.

As EX 65 showing I have been reaching out in good faith since 12/5/24 when you suppressed my rights when I ried to secure them even prior to 12/5/24. I don't see given the underlying evidence and causes I am fighting for Google have chance to win in litigation or the court of public opinion. Attempting to use protracted litigation to avoid accountability given my trauma would be an act of torture under international instruments. Any lawyer who defends what you have done or judge that rules in your favor would be violating their respective codes of ethics. Regardless o in practice they become meaningless when you are rich, well connected, or privileged.

As such I request a reply regarding the following request for compensation no later than 3/10/25. It should be much sooner, but I doubt your legal department actually can operate legally and more than likely like Sheppard Pratt Hospital will choose to shun a victim of torture.

1. Immediately restore access to all the above noted accounts with login assistance as I don't have the means to



1. Immediately restore access to all the above noted accounts with login assistance as I don't have the means to reset passwords for some.

2. An immediate written public apology

3. A commitment to treat Trans and Non-binary individuals as human beings against the 1/20/25 executive order "DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT"

4. An immediate $50,000,000 donation to ST Judes Childrens Research Hospital.

5. A renewed commitment to help human rights defenders in our work with a viable means to communicate effectively with Google.

Or continue to support this...

**17b-112a states:**

For purposes of this section, allegations of domestic violence by a victim may be sufficient to establish domestic violence where the Department of Social Services has no independent, reasonable basis to find the applicant or recipient not credible. Upon alleging domestic violence an applicant or recipient may be required to provide a sworn statement or to submit to the department any evidence of such violence available to the applicant or recipient. Evidence of domestic violence may include, but is not limited to: (1) Police, government agency or court records; (2) documentation from a shelter worker, legal, medical, clerical or other professional from whom the applicant or recipient has sought assistance in dealing with domestic violence; or (3) a statement from an individual with knowledge of the circumstances which provide the basis for the claim of domestic violence. We may want to think about if/how we incorporate #3 (statement of individual with knowledge). If we do not incorporate, we need to be prepared to answer why.

As for not needing a police report or restraining order, I understand the commissioner's concern about the risk of pursuing those documents, but these benefits are a LOT of money, we have to have some way of substantiating the client's claims. If they already have those documents then great, but if they don't I feel like the application would have to come from a DV shelter. Yes, the plan is to set up an application process with DV shelters. We discussed this in our previous meeting and it sounded like the shelters were on board with doing the applications for clients they are already working with. But if the purpose of the benefit is to help the person escape their DV situation, they also need to take some steps on their end to make that happen and provide us with some sort of proof that they are taking some form of action (which would be a police report OR restraining order OR seeking help from a shelter). It would be great if we could collect information on other DV supports being received by the client, even if just for reporting purposes.

Thank you for your consideration.

Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them

Phone: 860-869-8636

Email: borealis.hedling@proton.me

1 Lydall ST Manchester, CT 06042"

WHEREFORE, Plaintiff, BOREALIS  S HEDLING demands judgment against Defendants, GOOGLE LLC & GOOGLE IRELAND LIMITED meet the terms in the Plaintiff's Demand Letter, as well as interest, costs, punitive damages, attorney's fees,  and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

I swear Under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 31st of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957